**ATTACHMENT A-5**

With respect to the **Subject Domain 1** (defined below), the top-level domain or registry for **Subject Domain 1**, shall take the following actions to effectuate the seizure of **Subject Domain 1**:

1. Take all reasonable measures to redirect the domain names to substitute servers at the direction of Homeland Security Investigations, by associating the **Subject Domain 1** to authoritative name-server(s) **OR** by redirecting traffic to the **Subject Domain 1** to an IP address outline below.

2. Prevent any further modification to, or transfer of, **Subject Domain 1** pending transfer of all right, title, and interest in **Subject Domain 1** to the United States upon completion of forfeiture proceedings, to ensure that changes to the **Subject Domain 1** cannot be made absent court order or, if forfeited to the United States, without prior consultation with Homeland Security Investigations.

3. Take all reasonable measures to propagate the necessary changes through the Domain Name System as quickly as practicable.

4. Provide reasonable assistance in implementing the terms of this Order and take no unreasonable action to frustrate the implementation of this Order.

5. The Government will display a notice on the website to which the **Subject Domain 1** will resolve. That notice will consist of law enforcement emblems and the following text (or substantially similar text):

   *This domain has been seized by U.S. Homeland Security Investigations (HSI), in accordance with a seizure warrant issued pursuant to 18 U.S.C. §§ 2428(a)(1) and (b)(1)(A), by the United States District Court for the District of Massachusetts as part of a law enforcement action by HSI with support from US Postal Inspection Service; United States Attorney's Office District of Massachusetts; U.S. Customs and Border Protection; and Bureau of Alcohol, Tobacco, Firearms, and Explosives; Massachusetts State Police.*

   *It is unlawful to import, distribute, and possess certain firearm components prohibited under United States Law, such as machinegun conversion devices, commonly known as "switches" or "auto sears. These devices alter a firearm's functionality by converting it to a fully automatic weapon. Furthermore, the unauthorized use of a registered trademark is illegal. If you have purchased any of these components from this site, you can arrange to turn it into law enforcement by contacting: HSINECyberCrimes@hsi.dhs.gov"*

**Seizure Procedure**

A. The seizure warrant will be presented in person or transmitted via facsimile or email to personnel of the domain name registry listed in Section II ("Subject Registry") and the domain name registrar based in the United States listed in Section III ("Subject Registrar"). The Subject Registry will be directed, for the domain name listed in Section IV ("Subject Domain Name") for which it serves as the top-level domain registry, to make any changes necessary to restrain and lock the domain name pending

transfer of all rights, title, and interest in the Subject Domain Name to the United States upon completion of forfeiture proceedings.

  B. Upon seizure of the Subject Domain Name, the <u>Subject Registry</u> shall point the Subject Domain Name to the IPR Center's Domain Names ns1.seizedservers.com (IP address 44.198.232.204) and at which the Government will display a web page with the following notice:

> *This domain has been seized by U.S. Homeland Security Investigations (HSI), in accordance with a seizure warrant issued pursuant to 18 U.S.C. §§ 2428(a)(1) and (b)(1)(A), by the United States District Court for the District of Massachusetts as part of a law enforcement action by HSI with support from US Postal Inspection Service; United States Attorney's Office District of Massachusetts; U.S. Customs and Border Protection; Bureau of Alcohol, Tobacco, Firearms, and Explosives; and Massachusetts State Police.*
>
> *It is unlawful to import, distribute, and possess certain firearm components prohibited under the National Firearms Act such as machinegun conversion devices, commonly known as "switches" or "auto sears. These devices alter a firearm's functionality by converting it to a fully automatic weapon. Furthermore, the unauthorized use of a registered trademark is illegal. If you have purchased any of these components from this site, you can arrange to turn it into law enforcement by contacting: HSINECyberCrimes@hsi.dhs.gov"*

  C. Upon seizure of the Subject Domain Name, the Subject Registry will take all steps necessary to restrain and lock the domain at the registry level to ensure that changes to the subject domain names cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with Homeland Security Investigations.

  D. Upon seizure of the Subject Domain Name, the <u>Subject Registrar</u> based in the United States shall contact the registrant of the Subject Domain Name and provide them notice of the seizure along with the following contact information:

    (a) Name: Homeland Security Investigations
          National Intellectual Property Rights Coordination Center
    (b) Address: 2451 Crystal Drive, Suite 200, Arlington, VA 20598-5105
          Country: USA
    (c) Telephone: 1-866-IPR-2060 (477-2060)
    (d) Email: IPRCenter@dhs.gov
    (e) Fax: 703-603-3872

## II. <u>Subject Registry</u>

XYZ.com LLC
4425 Spring Mountain Road
Suite 2
Las Vegas, Nevada 89102

**III.**     **Subject Registrar**

NameSilo LLC
1300 E Missouri Ave
Suite A-110
Phoenix, Arizona 85014

**IV.**     **Subject Domain Name**

happyglockswitch[.]xyz ("SUBJECT DOMAIN 1")